UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist. No. 1:22-mj-0312-SKL |
| v. | ) Western Dist. Tennessee, Western Div.-Memphis |
| | ) Charging Dist. No. 2:22-cr-20273-TLP/atc |
| | ) |
| | ) |
| KIMBERLY NICHOLE BLACKWELL | ) |

## MEMORANDUM AND ORDER

The Defendant appeared for a hearing before the undersigned on December 21, 2022, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance on the arrest warrant and Indictment out of the U.S. District Court, Western District of Tennessee, Western Division, Memphis. Those present for the hearing included:

(1) AUSA Kyle Wilson for the USA.
(2) Defendant, KIMBERLY NICHOLE BLACKWELL.
(3) Attorney Clay Whittaker with Federal Defender Services as counsel for Defendant KIMBERLY NICHOLE BLACKWELL.

Defendant was provided with a copy of the arrest warrant and indictment and had the opportunity of reviewing those documents with her attorney. It was determined Defendant was capable of being able to read and understand the copy of the aforesaid documents she had been provided.

AUSA Wilson stated the government is not seeking the detention of Defendant who was released on an unsecured $30,000 Appearance Bond and other conditions of release. Defendant was advised of her rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

It is **ORDERED**:

**Defendant shall be released with conditions of release and Defendant must next appear on Thursday, January 5, 2023, 2:00 p.m. CENTRAL before Chief Magistrate Judge Tu M. Pham, Courtroom 6, 3rd Floor, at the Odell Horton Federal Building, 167 North Main Street, Memphis, TN 38103.**

SO ORDERED.

ENTER: s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE